UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:19-CR-6 RLM |
| | ) | |
| NATHAN L. WINFIELD (02) | ) | |

O R D E R

No objections have been filed to the Magistrate Judge's findings and recommendations upon a plea of guilty issued on April 15, 2019. [Doc. No. 57]. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Nathan L. Winfield plea of guilty, and FINDS the defendant guilty of Count 5 of the Indictment, in violation of 18 U.S.C. § 824(c)(1)(A).

SO ORDERED.

ENTERED: July 22, 2019

                                                /s/ Robert L. Miller, Jr.
                                    Judge, United States District Court